# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     8:23-cv-00467-MWF-AJR					Date: October 13, 2023
											Page 1 of 2

Title:     Maykel J. Castilla Sanchez v. OCSD Personnel et., al.


DOCKET ENTRY:     **ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY RESPONSE AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**


PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present					None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On March 13, 2023, *pro se* Plaintiff Maykel J. Castilla Sanchez ("Plaintiff"), a pretrial detainee formerly confined at the Orange County Jail, filed a Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). (Dkt. 1.)  On August 30, 2023, the Court screened the Complaint and issued an order dismissing the Complaint with leave to amend ("Order"). (Dkt. 12.)  In the Order, Plaintiff was directed to file a First Amended Complaint ("FAC") that attempts to remedy the identified defects by September 29, 2023. (Id.)

It has now been two weeks since Plaintiff's deadline to file a FAC in response to the Court's Order.  **As the Court previously advised Plaintiff, failure to file a FAC may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**  Plaintiff is ordered to show cause by **October 27, 2023** why this action should not be dismissed with prejudice for failure to prosecute and/or obey Court orders.  Plaintiff may

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     8:23-cv-00467-MWF-AJR                    Date: October 13, 2023
                                                      Page 2 of 2

Title:       Maykel J. Castilla Sanchez v. OCSD Personnel et., al.

satisfy this Order by filing a declaration signed under penalty of perjury stating why this action should not be dismissed or by filing a FAC that attempts to remedy the defects identified in the Complaint.

    IT IS SO ORDERED.