# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYKEL J. CASTILLA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OCSD PERSONNEL, ET AL.<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00467-CV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Request seeking an injunction to stay the state-court proceedings (Dkt. 47), all the records and files herein, the Report and Recommendation of the United States Magistrate Judge (Dkt. 49), and Plaintiff's Objections to the Report and Recommendation (Dkt. 54). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected and does not find any need to alter or modify the Report and Recommendation. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

1  IT IS ORDERED that Plaintiff's Request seeking an injunction to stay the
2  state-court proceedings (Dkt. 47) is DENIED.

4  DATED: 01/29/2025

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE