# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYKEL J. CASTILLA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OCSD PERSONNEL, ET AL.<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00467-CV-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Preliminary and Permanent Injunction (Dkt. 60), all the records and files herein, the Report and Recommendation of the United States Magistrate Judge (Dkt. 64), and Plaintiff's "Letter," construed as Objections to the Report and Recommendation (Dkt. 67). The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected and does not find any need to alter or modify the Report and Recommendation. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

1   IT IS ORDERED that Plaintiff's Motion for Preliminary and Permanent
2   Injunction (Dkt. 60) is DENIED WITHOUT PREJUDICE because there is no
3   operative complaint.  Plaintiff is reminded that this case cannot move forward until
4   he files an amended complaint.  If Plaintiff needs more time to file an amended
5   complaint, he can file a request identifying the basis for the request and the amount
6   of time needed.

8   DATED:  4/9/25

10  *Cynthia Valenzuela*
11  HON. CYNTHIA VALENZUELA
    UNITED STATES DISTRICT JUDGE