JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYKEL J. CASTILLA, | Case No. 8:23-cv-00467-CV-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OCSD PERSONNEL, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to state a cognizable claim for relief.

DATED:  3/23/26

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE